IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON RESEARCH, LTD. | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| WATSON LABORATORIES, INC., et al., | ) |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: April 18, 2014

Date of Expiration of Patent: See Below *

Thirty Month Stay Deadline: October 18, 2016

\* 8,268,299 - October 13, 2029
8,323,630 - September 20, 2027
8,388,941 - September 20, 2027

5/20/2014
Date

_____
Attorney(s) for Plaintiff